Official Form 1 (1/08)

| United States Bankruptcy Court DISTRICT OF *PUERTO RICO* | Voluntary Petition |

| Name of Debtor   (if individual, enter Last, First, Middle): **THE PLAZA RESORT AT PALMAS, INC., a Corporation** | Name of Joint Debtor   (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **NONE** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **9630** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor   (No. & Street, City, and State): **235 Harbour Drive** **Palmas Del Mar** **Humacao PR**    ZIPCODE **00792** | Street Address of Joint Debtor   (No. & Street, City, and State):    ZIPCODE |
| County of Residence or of the Principal Place of Business:   **Humacao, PR** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor   (if different from street address): **SAME**    ZIPCODE | Mailing Address of Joint Debtor   (if different from street address):    ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  **SAME**    ZIPCODE | |

| Type of Debtor   (Form of organization) (Check **one** box.) | Nature of Business (Check **one** box.) | Chapter of Bankruptcy Code Under Which the Petition Is Filed   (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* ☒ Corporation (includes LLC and LLP) ☐ Partnership ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below | ☐ Health Care Business ☒ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B) ☐ Railroad ☐ Stockbroker ☐ Commodity Broker ☐ Clearing Bank ☐ Other | ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition ☐ Chapter 9         of a Foreign Main Proceeding ☒ Chapter 11   ☐ Chapter 15 Petition for Recognition ☐ Chapter 12         of a Foreign Nonmain Proceeding ☐ Chapter 13 |

**Nature of Debts**   (Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"    ☒ Debts are primarily business debts.

**Tax-Exempt Entity** (Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**

Check one box:

☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**

☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

| Filing Fee   (Check one box) | |
|---|---|
| ☒ Full Filing Fee attached ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors. ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Official Form 1 (1/08)                                                                                                    FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **THE PLAZA RESORT AT PALMAS, INC.,** **a Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)  ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). X _____ Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (1/08)                                                  **FORM B1, Page 3**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>***THE PLAZA RESORT AT PALMAS, INC.,***<br>***a Corporation*** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts [and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

***CHARLES A. CUPRILL HERNANDEZ 114312***
Printed Name of Attorney for Debtor(s)

***CHARLES A. CUPRILL, P.S.C. LAW OFFICES***
Firm Name

***356 FORTALEZA STREET***
Address

***SECOND FLOOR***

***San Juan PR  00901***

***787-977-0515***
Telephone Number

***11/20/2009***
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

***Luis E. Salazar Geigel***
Printed Name of Authorized Individual

***Secretary***
Title of Authorized Individual

***11/20/2009***
Date

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re   *THE PLAZA RESORT AT PALMAS, INC., a   Corporation*

Case No.
Chapter *11*

_____ / Debtor

Attorney for Debtor:  *CHARLES A. CUPRILL HERNANDEZ*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *15,000.00*
    b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *5,000.00*
    c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $_____ *10,000.00*

3.  $____*1,039.00*____of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
    b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
    c) Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
    *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
    *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
    *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
    *None*

Dated: *11/20/2009*                    Respectfully submitted,

X _____

Attorney for Petitioner: *CHARLES A. CUPRILL HERNANDEZ*
*CHARLES A. CUPRILL, P.S.C. LAW OFFICES*
*356 FORTALEZA STREET*
*SECOND FLOOR*
*San Juan PR   00901*
*787-977-0515*
*ccuprill@cuprill.com*

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re **THE PLAZA RESORT AT PALMAS, INC., a  Corporation**

Case No.

Chapter   **11**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 3 | $   10,500,000.00 | | |
| B-Personal Property | Yes | 3 | $   1,402.62 | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 36 | | $   13,268,418.59 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $   36,715.24 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $   1,041,312.22 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $   0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $   0.00 |
| TOTAL | | 50 | $   10,501,402.62 | $   14,346,446.05 | |

In re *THE PLAZA RESORT AT PALMAS, INC., a Corporation*                  Case No. _____
_____Debtor_____                                                            (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, *Luis E. Salazar Geigel*, *Secretary* of the *Corporation*
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___51___ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.

Date: *11/20/2009*          Signature _____
                                          Name: *Luis E. Salazar Geigel*
                                          Title: *Secretary*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

FORM B6A (Official Form 6A) (12/07)

In re *THE PLAZA RESORT AT PALMAS, INC.* _____ ,    Case No._____

Debtor(s)                                                                                (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *The Plaza Resort at Palmas Del Mar* *Rural: Parcel Two-A (2-A) of Palmas del Mar Harbour is a parcel in Candelero Abajo Ward in the municipality of Humacao, composed as per survey with a surface area of three thousand four hundred thirty point on thousand five hundred and forty nine (3430.1549) square meters; boundaries on the West, with the parking lot; on the Northeast, with Club Villas; on the South with Harbour Peripheral Easement.* *The property has a five (5) floor structure plus a basement built of reinforced concrete and blocks of irregular shape, divided into three areas, sections of modules adapted to the topography of the land; each section is denominated Module One, Module Two, and Module Three, each with a common foundation. The common foundation is sometimes the base although it is next to the land at its southwestern portion. The buildings contain thirty six (36) parking spaces. The basement contains twenty areas of storage, a studio or office assigned to an accommodation, four (4) public utility meters, machinery and other public service facilities, garbage* | *Owner in Fee Simple* Subject to mortgages listed in Schedule D, which are subordinated to the ownership interest of each owner of an accommodation or timeshare listed in Schedule D with an asterisk. | | $ 10,500,000.00 | $ 10,500,000.00 |

____2____  continuation sheets attached

FORM B6A (Official Form 6A) (12/07)

In re  THE PLAZA RESORT AT PALMAS, INC. _____, Case No._____

　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| bins, hallways, stairs, elevators, and access areas for the parking spaces, and other common areas. In addition to the three modules, over the basement area there is an open air area for the use and enjoyment of the owner of the timeshare regime.

　　Module One is located at the Northeast portion of the common base and contains accommodation units number A-UNO (A-1) to A-CUATRO (A-4) and B-UNO (B-1) TO B-CUATRO (B-4) indicating the floor number where each accommodation is located for a total of eight (8) accommodations.

　　Module Two is located at the central portion of the common base and contains accommodation units number C-UNO (C-1) to C-CUATRO (C-4) and D-UNO (D-1) to D-CUATRO (D-4) indicating the floor number where each accommodation is located for a total of eight (8) accommodations.

　　Module Three is located at the Southeast of the common base and contains accommodations units number E-UNO (E-1) to E-CUATRO (E-4) and E-UNO (E-1) to E-CUATRO (E-4) indicating the floor number where each accommodation is located for a total of eight (8) accommodations.

　　Each module contains its vestibule, stairs and elevators which connect all the accommodations with the common plaza located over the common base and from there to the public road known as "Harbour Peripheral Easement" by its Southeastern boundary.

　　The Building occupies a total area of seventeen thousand one hundred sixty two point thirty two | | | | |

Sheet No.  1  of  2  continuation sheets attached to Schedule of Real Property

FORM B6A (Official Form 6A) (12/07)

In re THE PLAZA RESORT AT PALMAS, INC. _____,
                    Debtor(s)

Case No._____
                      (if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| (17,162.32) square feet, equivalent to one thousand five hundred ninety five point twenty five (1, 595.25) square meters of the parcel of land and contains a gross area per floor of seventy five thousand seven hundred and three point sixty eight (75,703.68) square feet, equivalent to seven thousand twenty (7,020) square meters, of which twenty two thousand four hundred fifty five point thirteen (22,455.13) square feet, equivalent to two thousand seventy three point fifty eight (2,073.58) square meters are common areas.     Its largest measurements are by the Northeast side in two hundred eleven point eighty nine (211.89) linear feet equivalent to sixty four point six (64.6) linear meters; by the Southwest in two hundred thirty point twenty five (230.25) linear feet equivalent to seventy point two (70.2) linear meters; by the Southeast, in seventy eight point seven (78.07) linear feet equivalent to twenty three point eight (23.8) linear meters; and by the Northwest, in one hundred and thirty five point eighty (135.80) linear feet equivalent to forty one point four (41.4) linear meters. | | | | |

Sheet No. __2__ of __2__ continuation sheets attached to Schedule of Real Property

**TOTAL $**
(Report also on Summary of Schedules.)

10,500,000.00

B6B (Official Form 6B) (12/07)

In re __THE PLAZA RESORT AT PALMAS, INC._____,     Case No. _____
                    Debtor(s)                                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _Banco Popular de Puerto Rico_ _Sucursal de Palmas del Mar (363)_ _PO Box 362708_ _San Juan, PR 00936_ _Location: In debtor's possession_ | | $ 1,402.62 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Page __1__ of __3__

B6B (Official Form 6B) (12/07)

In re THE PLAZA RESORT AT PALMAS, INC.                          Case No. _____
_____ ,                              (if known)
Debtor(s)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | *Office Furniture and Equipment*<br><br>*Location: In debtor's possession* | | $ 0.00 |

B6B (Official Form 6B) (12/07)

In re THE PLAZA RESORT AT PALMAS, INC.                     Case No. _____
                    Debtor(s)                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Total ➤        $ 1,402.62

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6D (Official Form 6D) (12/07)

In re THE PLAZA RESORT AT PALMAS, INC. _____,   Case No._____
_____ Debtor(s)                                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien   H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1448 | | | | | | $ 18,200.00 | $ 0.00 |
| Creditor # : 1 Acevedo, Santiago* Garden Valley Club 3950 C/176 Box 130 San Juan PR 00926 | | Ownership interest The Plaza Resort at Palmas Del Mar | | | | | |
| | | Value: $ 10,500,000.00 | | | | | |
| Account No: 1675 | | | | | | $ 11,200.00 | $ 0.00 |
| Creditor # : 2 Acevedo, Sonia &* Collazo, Hector* PO Box 54 Maunabo PR 00707 | | Ownership interest The Plaza Resort at Palmas Del Mar | | | | | |
| | | Value: $ 10,500,000.00 | | | | | |
| Account No: 1502 | | | | | | $ 11,200.00 | $ 0.00 |
| Creditor # : 3 Ayuso Freddie &Ortiz Bilmarie* Mansion el Sol 81 Paseo Matinal Sabana Seca PR 00952 | | Ownership interest The Plaza Resort at Palmas Del Mar | | | | | |
| | | Value: $ 10,500,000.00 | | | | | |

____ continuation sheets attached

Subtotal $ (Total of this page)                     $ 40,600.00        $ 0.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re THE PLAZA RESORT AT PALMAS, INC.                                    Case No._____
                     **Debtor(s)**                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien   H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1599  Creditor # : 4  Bautista Fernando &Evangelist*  Calle 426 MP22  Country Club  Carolina PR 00982 | | Ownership interest  The Plaza Resort at Palmas Del Mar   Value: $ 10,500,000.00 | | | | $ 8,200.00 | $ 0.00 |
| Account No: 1248  Creditor # : 5  Blondet Hector&Barreras Suque*  c/o Lcda. Aitza Caldera del Va  PO Box 19478  San Juan PR 00910-1478 | | Ownership interest  The Plaza Resort at Palmas Del Mar   Value: $ 10,500,000.00 | | | | $ 11,200.00 | $ 0.00 |
| Account No: 1171  Creditor # : 6  Brito Ernesto & DelValle Mari*  159 Calle Primavera  San Juan PR 00907 | | Ownership interest  The Plaza Resort at Palmas Del Mar   Value: $ 10,500,000.00 | | | | $ 18,200.00 | $ 0.00 |
| Account No: 1324  Creditor # : 7  Burgos Joseph A. & Cruz Gilda*  Los Caobos  Calle Pendula 2353  Ponce PR 00731 | | Ownership interest  The Plaza Resort at Palmas Del Mar   Value: $ 10,500,000.00 | | | | $ 11,200.00 | $ 0.00 |
| Account No: 1358  Creditor # : 8  Calderon Gilberto & Ocasio Ma*  HC-73 Box 5624  Cayey PR 00736 | | Ownership interest  The Plaza Resort at Palmas Del Mar   Value: $ 10,500,000.00 | | | | $ 18,200.00 | $ 0.00 |
| Account No: 1210  Creditor # : 9  Carrion Rafael &Rodriguez Luz*  HC-764 Buzon 6207  Patillas PR 00723 | | Ownership interest  The Plaza Resort at Palmas Del Mar   Value: $ 10,500,000.00 | | | | $ 11,200.00 | $ 0.00 |

Sheet no. 1   of  35   continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | $ 78,200.00 | $ 0.00 |
| Total $ (Use only on last page) | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07)   - Cont.

In re THE PLAZA RESORT AT PALMAS, INC. _____,   Case No._____
                    **Debtor(s)**                                                                  (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1557  Creditor # : 10 Colon Luis & Valentin Lizbeth* Urb RIo Cristal RK-18 Via Cristal Trujillo Alto PR 00976 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 11,200.00 | $ 0.00 |
| Account No: 1688  Creditor # : 11 Diaz, Jose M. & Lydia* Saint Just Calle 7 #57 Trujillo Alto PR 00976 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 18,200.00 | $ 0.00 |
| Account No: 1048  Creditor # : 12 Flores, Leticia* Urb La Rambla 1369 Calle Castellana Ponce PR 00730-4068 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 8,100.00 | $ 0.00 |
| Account No: 1278  Creditor # : 13 Flores, Luis & Milan Arline* Estancias de Bairoa D-13 Calle Tulipan Caguas PR 00727-1263 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 11,200.00 | $ 0.00 |
| Account No: 1420  Creditor # : 14 Garcia Efrain &Morales Brenda* PO Box 62 Boqueron PR 00622 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 11,200.00 | $ 0.00 |
| Account No: 1011  Creditor # : 15 Gates, Gerald & Gates Evelyn* 380 7th Ave Pelham NY 10803 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 9,900.00 | $ 0.00 |

Sheet no. 2 of 35 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)                        $ 69,800.00            $ 0.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re THE PLAZA RESORT AT PALMAS, INC.                    Case No. _____
_____
              Debtor(s)                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1218 Creditor # : 16 Gomez Luis F. & de Leon Maria* HC-764 Box 7866 Patillas PR 00723 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 11,200.00 | $ 0.00 |
| Account No: 1141 Creditor # : 17 Gomez Ramirez, Elena* HC-15 Box 16068 Humacao PR 00791-9723 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 11,200.00 | $ 0.00 |
| Account No: 1649 Creditor # : 18 Gonzalez, Jose R. &* Martinez, Edna* La Hacienda #9, Bosque Jauca Santa Isabel PR 00757 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 5,580.00 | $ 0.00 |
| Account No: 1629 Creditor # : 19 Heredia Angel & Vazquez Bruni* Cond El Alcazar Apt 13K 500 Calle Valcarcel San Juan PR 00923 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 6,200.00 | $ 0.00 |
| Account No: 1617 Creditor # : 20 Lomba, Luis* Palmas del Mar 54 Palmas Reales Humacao PR 00791 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 18,200.00 | $ 0.00 |
| Account No: 1024 Creditor # : 21 Mas Santoni, Aurea* PO Box 973 Catano PR 00963-0973 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 12,540.00 | $ 0.00 |

Sheet no. 3  of 35  continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | $ 64,920.00 | $ 0.00 |
| Total $ (Use only on last page) | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07)   - Cont.

In re _THE PLAZA RESORT AT PALMAS, INC._ _____,   Case No._____

Debtor(s)                                                                         (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: _1064_ Creditor # : 22 Matos, Jorge & Cosme, Linda* Urb San Rafael Estate Azucena 138 Bayamon PR 00959-4167 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 11,000.00 | $ 0.00 |
| Account No: _1039_ Creditor # : 23 Medina Claudio & Romero Maria* Calle San Lorenzo 1660 Rio Piedras Heights San Juan PR 00926 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 9,900.00 | $ 0.00 |
| Account No: _1516_ Creditor # : 24 Melecio, Samuel &* Velazquez,  Milagros* HC-33 Box 6218 Santa Rosa Dorado PR 00646 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 8,200.00 | $ 0.00 |
| Account No: _1676_ Creditor # : 25 Mitchell, Diego &* Arias, Ivonne* Urb Marines, Calle 2 APt D7 Fajardo PR 00738 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 11,200.00 | $ 0.00 |
| Account No: _1030_ Creditor # : 26 Molina Manuel & Medina Gladys* PO Box 51248 Toa Baja PR 00950-1248 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 21,000.00 | $ 0.00 |
| Account No: _1488_ Creditor # : 27 Molina Medic & Gonzalez Migda* Urb Los Montes, Monte Real 311 Calle Guacamayo Dorado PR 00646 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 11,200.00 | $ 0.00 |

Sheet no. 4   of 35   continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | $ 72,500.00 | $ 0.00 |
| Total $ (Use only on last page) | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07) - Cont.

In re THE PLAZA RESORT AT PALMAS, INC. _____,   Case No._____

Debtor(s)   (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H–Husband W–Wife J–Joint C–Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1404 Creditor # : 28 Nieto, David & Vargas Lizette* Urb Venus Gardens Norte Calle Torreon AB-23 San Juan PR 00926 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 11,200.00 | $ 0.00 |
| Account No: 1252 Creditor # : 29 Nieves, Yaritza R.* HC-763 Buzon 3373 Patillas PR 00723 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 11,200.00 | $ 0.00 |
| Account No: 1280 Creditor # : 30 Ocasio Ubaldo & Burgos Carmen* Est Las Margaritas Buzon RR-17016 Guayama PR 00784 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 11,200.00 | $ 0.00 |
| Account No: 1254 Creditor # : 31 Ortiz, Noreen* Urb Villa Monte Calle Montebello 274 Toa Alta PR 00953-3540 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 8,200.00 | $ 0.00 |
| Account No: 1356 Creditor # : 32 Ortiz, Reinaldo & Sanz Glenda* Terraza del Toa Calle 14 2K-5 Toa Alta PR 00953 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 8,200.00 | $ 0.00 |
| Account No: 1030 Creditor # : 33 Ozack (Lapine), Grace* 21 Watergate DR Amawalk NY 10501-1107 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 12,540.00 | $ 0.00 |

Sheet no. 5   of 35   continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)   $ 62,540.00   $ 0.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07) - Cont.

In re THE PLAZA RESORT AT PALMAS, INC. _____,  Case No._____
                Debtor(s)                                            (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1320  Creditor # : 34 Pacheco Santos & Torres Sonia* Urb Valle Verde 911 Calle Arboleda Ponce PR 00716-3507 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 11,200.00 | $ 0.00 |
| Account No:  Creditor # : 35 Palmas Hills Partners, SE PO Box 10222 CUH Humacao PR 00792 | | Second mortgage constituted on 6/1/01, as per deed #12 before Notary Public José R. Toro  Value: $ 10,500,000.00 | | | | $ 2,480,774.75 | $ 2,480,774.75 |
| Account No: 1613  Creditor # : 36 Perez, Heriberto & Carmen* PO Box 1222 Patillas PR 00723 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 11,200.00 | $ 0.00 |
| Account No: 1045  Creditor # : 37 Perez, Norma* HC-01 Box 6231 Guaynabo PR 00971 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 12,540.00 | $ 0.00 |
| Account No: 1223  Creditor # : 38 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 8,852.00 | $ 0.00 |
| Account No: 1233  Creditor # : 39 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 1,060.00 | $ 0.00 |

Sheet no. 6 of 35 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | $ 2,525,626.75 | $ 2,480,774.75 |
| Total $ (Use only on last page) | | |

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re *THE PLAZA RESORT AT PALMAS, INC.*                      Case No._____

Debtor(s)                                                          (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *1362* Creditor # : 40 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | *Ownership interest* *The Plaza Resort at Palmas Del Mar* Value: *$ 10,500,000.00* | | | | $ 2,120.00 | $ 0.00 |
| Account No: *1220* Creditor # : 41 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | *Ownership interest* *The Plaza Resort at Palmas Del Mar* Value: *$ 10,500,000.00* | | | | $ 4,240.00 | $ 0.00 |
| Account No: *1217* Creditor # : 42 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | *Ownership interest* *The Plaza Resort at Palmas Del Mar* Value: *$ 10,500,000.00* | | | | $ 13,650.00 | $ 0.00 |
| Account No: *1364* Creditor # : 43 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | *Ownership interest* *The Plaza Resort at Palmas Del Mar* Value: *$ 10,500,000.00* | | | | $ 13,650.00 | $ 0.00 |
| Account No: *1207* Creditor # : 44 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | *Ownership interest* *The Plaza Resort at Palmas Del Mar* Value: *$ 10,500,000.00* | | | | $ 8,000.00 | $ 0.00 |
| Account No: *1194* Creditor # : 45 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | *Ownership interest* *The Plaza Resort at Palmas Del Mar* Value: *$ 10,500,000.00* | | | | $ 8,913.41 | $ 0.00 |

Sheet no. 7  of  35  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)        $ 50,573.41        $ 0.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)  - Cont.

In re THE PLAZA RESORT AT PALMAS, INC. _____    Case No. _____
                    Debtor(s)                                                                      (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1712  Creditor # : 46  Perimetro Properties, Inc.*  PO Box 16062  San Juan PR 00908-6062 | | Ownership interest  The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 6,500.00 | $ 0.00 |
| Account No: 1354  Creditor # : 47  Perimetro Properties, Inc.*  PO Box 16062  San Juan PR 00908-6062 | | Ownership interest  The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 8,400.00 | $ 0.00 |
| Account No: 236a  Creditor # : 48  Perimetro Properties, Inc.*  PO Box 16062  San Juan PR 00908-6062 | | Ownership interest  The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 4,240.00 | $ 0.00 |
| Account No: 1238  Creditor # : 49  Perimetro Properties, Inc.*  PO Box 16062  San Juan PR 00908-6062 | | Ownership interest  The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 6,240.00 | $ 0.00 |
| Account No: 1244  Creditor # : 50  Perimetro Properties, Inc.*  PO Box 16062  San Juan PR 00908-6062 | | Ownership interest  The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 4,240.00 | $ 0.00 |
| Account No: 1321  Creditor # : 51  Perimetro Properties, Inc.*  PO Box 16062  San Juan PR 00908-6062 | | Ownership interest  The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 4,240.00 | $ 0.00 |

Sheet no. 8  of 35  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)    $ 33,860.00    $ 0.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re THE PLAZA RESORT AT PALMAS, INC.                          Case No._____
_____
              Debtor(s)                                                   (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien   H--Husband  W--Wife  J--Joint  C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1260  Creditor # : 52  Perimetro Properties, Inc.*  PO Box 16062  San Juan PR 00908-6062 | | Ownership interest  The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 8,400.00 | $ 0.00 |
| Account No: 1274  Creditor # : 53  Perimetro Properties, Inc.*  PO Box 16062  San Juan PR 00908-6062 | | Ownership interest  The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 6,240.00 | $ 0.00 |
| Account No: 1318  Creditor # : 54  Perimetro Properties, Inc.*  PO Box 16062  San Juan PR 00908-6062 | | Ownership interest  The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 13,650.00 | $ 0.00 |
| Account No: 1311  Creditor # : 55  Perimetro Properties, Inc.*  PO Box 16062  San Juan PR 00908-6062 | | Ownership interest  The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 6,240.00 | $ 0.00 |
| Account No: 1297  Creditor # : 56  Perimetro Properties, Inc.*  PO Box 16062  San Juan PR 00908-6062 | | Ownership interest  The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 1,560.00 | $ 0.00 |
| Account No: 1299  Creditor # : 57  Perimetro Properties, Inc.*  PO Box 16062  San Juan PR 00908-6062 | | Ownership interest  The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 6,346.35 | $ 0.00 |

Sheet no. 9   of  35   continuation sheets attached to Schedule of Creditors Holding Secured Claims

|  | Subtotal $ (Total of this page) | $ 42,436.35 | $ 0.00 |
|---|---|---|---|
|  | Total $ (Use only on last page) | | |
|  | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07) - Cont.

In re _THE PLAZA RESORT AT PALMAS, INC._____     Case No._____
                          **Debtor(s)**                                           (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: *1302* Creditor # : 58 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | *Ownership interest* *The Plaza Resort at Palmas Del Mar*  Value: *$ 10,500,000.00* | | | | $ 8,400.00 | $ 0.00 |
| Account No: *1308* Creditor # : 59 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | *Ownership interest* *The Plaza Resort at Palmas Del Mar*  Value: *$ 10,500,000.00* | | | | $ 1,060.00 | $ 0.00 |
| Account No: *1330* Creditor # : 60 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | *Ownership interest* *The Plaza Resort at Palmas Del Mar*  Value: *$ 10,500,000.00* | | | | $ 1,560.00 | $ 0.00 |
| Account No: *1143* Creditor # : 61 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | *Ownership interest* *The Plaza Resort at Palmas Del Mar*  Value: *$ 10,500,000.00* | | | | $ 8,400.00 | $ 0.00 |
| Account No: *1169* Creditor # : 62 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | *Ownership interest* *The Plaza Resort at Palmas Del Mar*  Value: *$ 10,500,000.00* | | | | $ 18,127.30 | $ 0.00 |
| Account No: *1061* Creditor # : 63 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | *Ownership interest of timeshar* *The Plaza Resort at Palmas Del Mar*  Value: *$ 10,500,000.00* | | | | $ 1,060.00 | $ 0.00 |

Sheet no. 10 of 35 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)     $ 38,607.30     $ 0.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)    - Cont.

In re THE PLAZA RESORT AT PALMAS, INC. _____    Case No._____
                        **Debtor(s)**                                                          (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: 1056<br>Creditor # : 64<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest of timeshar The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 4,240.00 | $ 0.00 |
| Account No: 1055<br>Creditor # : 65<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest of timeshar The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 3,120.00 | $ 0.00 |
| Account No: 1051<br>Creditor # : 66<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest of timeshar The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 3,120.00 | $ 0.00 |
| Account No: 1161<br>Creditor # : 67<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 13,650.00 | $ 0.00 |
| Account No: 1158<br>Creditor # : 68<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 8,459.18 | $ 0.00 |
| Account No: 1156<br>Creditor # : 69<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 4,240.00 | $ 0.00 |

Sheet no. 11  of  35    continuation sheets attached to Schedule of Creditors Holding Secured Claims

|  | Subtotal $ (Total of this page) | $ 36,829.18 | $ 0.00 |
|---|---|---|---|
|  | Total $ (Use only on last page) | | |
|  | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07)   - Cont.

In re THE PLAZA RESORT AT PALMAS, INC.                                    Case No._____
            Debtor(s)                                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1063<br>Creditor # : 70<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest of timeshar<br>The Plaza Resort at Palmas Del<br>Mar<br><br>Value: $ 10,500,000.00 | | | | $ 3,120.00 | $ 0.00 |
| Account No: 1145<br>Creditor # : 71<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del<br>Mar<br><br>Value: $ 10,500,000.00 | | | | $ 1,060.00 | $ 0.00 |
| Account No: 1070<br>Creditor # : 72<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest of timeshar<br>The Plaza Resort at Palmas Del<br>Mar<br><br>Value: $ 10,500,000.00 | | | | $ 4,240.00 | $ 0.00 |
| Account No: 1138<br>Creditor # : 73<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del<br>Mar<br><br>Value: $ 10,500,000.00 | | | | $ 1,060.00 | $ 0.00 |
| Account No: 137a<br>Creditor # : 74<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del<br>Mar<br><br>Value: $ 10,500,000.00 | | | | $ 6,240.00 | $ 0.00 |
| Account No: 1132<br>Creditor # : 75<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del<br>Mar<br><br>Value: $ 10,500,000.00 | | | | $ 6,240.00 | $ 0.00 |

Sheet no. 12  of 35  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)    $ 21,960.00    $ 0.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re THE PLAZA RESORT AT PALMAS, INC. _____     Case No._____
                          **Debtor(s)**                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| **Account No:** 1130  Creditor # : 76 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 4,240.00 | $ 0.00 |
| **Account No:** 1125  Creditor # : 77 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 4,240.00 | $ 0.00 |
| **Account No:** 1124  Creditor # : 78 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 13,657.48 | $ 0.00 |
| **Account No:** 1123  Creditor # : 79 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 13,650.00 | $ 0.00 |
| **Account No:** 1122  Creditor # : 80 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 4,240.00 | $ 0.00 |
| **Account No:** 146a  Creditor # : 81 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 8,418.99 | $ 0.00 |

Sheet no. 13  of 35  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)      $ 48,446.47      $ 0.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)  - Cont.

In re THE PLAZA RESORT AT PALMAS, INC. _____,  Case No._____
                  **Debtor(s)**                                                          (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| **Account No: 103a** Creditor # : 82 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar | | | | $ 6,240.00 | $ 0.00 |
| | | Value: $ 10,500,000.00 | | | | | |
| **Account No: 1188** Creditor # : 83 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar | | | | $ 4,240.00 | $ 0.00 |
| | | Value: $ 10,500,000.00 | | | | | |
| **Account No: 1179** Creditor # : 84 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar | | | | $ 6,240.00 | $ 0.00 |
| | | Value: $ 10,500,000.00 | | | | | |
| **Account No: 1177** Creditor # : 85 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar | | | | $ 4,240.00 | $ 0.00 |
| | | Value: $ 10,500,000.00 | | | | | |
| **Account No: 1173** Creditor # : 86 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar | | | | $ 8,852.00 | $ 0.00 |
| | | Value: $ 10,500,000.00 | | | | | |
| **Account No: 1170** Creditor # : 87 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar | | | | $ 6,240.00 | $ 0.00 |
| | | Value: $ 10,500,000.00 | | | | | |

Sheet no. 14 of 35 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page) | $ 36,052.00 | $ 0.00

Total $ (Use only on last page) | |

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07) - Cont.

In re THE PLAZA RESORT AT PALMAS, INC. _____  Case No._____

Debtor(s)                                                                                           (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1393 Creditor # : 88 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 4,240.00 | $ 0.00 |
| Account No: 1166 Creditor # : 89 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 6,240.00 | $ 0.00 |
| Account No: 1164 Creditor # : 90 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 4,240.00 | $ 0.00 |
| Account No: 1062 Creditor # : 91 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest of timeshar The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 4,240.00 | $ 0.00 |
| Account No: 1105 Creditor # : 92 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 8,250.00 | $ 0.00 |
| Account No: 1191 Creditor # : 93 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 4,240.00 | $ 0.00 |

Sheet no. 15 of 35 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)  $ 31,450.00   $ 0.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07) - Cont.

In re THE PLAZA RESORT AT PALMAS, INC. _____,   Case No. _____

Debtor(s)   (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1103 Creditor # : 94 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 6,240.00 | $ 0.00 |
| Account No: 102a Creditor # : 95 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 4,240.00 | $ 0.00 |
| Account No: 101a Creditor # : 96 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 13,599.88 | $ 0.00 |
| Account No: 1086 Creditor # : 97 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 4,240.00 | $ 0.00 |
| Account No: 1085 Creditor # : 98 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 8,250.00 | $ 0.00 |
| Account No: 1083 Creditor # : 99 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 7,875.00 | $ 0.00 |

Sheet no. 16 of 35 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)   $ 44,444.88   $ 0.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re THE PLAZA RESORT AT PALMAS, INC. _____   Case No._____
                    Debtor(s)                                                        (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien     H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1079  Creditor # : 100 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar   Value: $ 10,500,000.00 | | | | $ 6,240.00 | $ 0.00 |
| Account No: 1073  Creditor # : 101 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest of timeshar The Plaza Resort at Palmas Del Mar   Value: $ 10,500,000.00 | | | | $ 4,240.00 | $ 0.00 |
| Account No: 1118  Creditor # : 102 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar   Value: $ 10,500,000.00 | | | | $ 4,240.00 | $ 0.00 |
| Account No: 1664  Creditor # : 103 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar   Value: $ 10,500,000.00 | | | | $ 8,006.04 | $ 0.00 |
| Account No: PPB4  Creditor # : 104 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar   Value: $ 10,500,000.00 | | | | $ 415,000.00 | $ 0.00 |
| Account No: 1693  Creditor # : 105 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar   Value: $ 10,500,000.00 | | | | $ 2,120.00 | $ 0.00 |

Sheet no. 17 of 35 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)   $ 439,846.04   $ 0.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re THE PLAZA RESORT AT PALMAS, INC._____,   Case No._____
               **Debtor(s)**                                                          (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien   H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1692  Creditor # : 106  Perimetro Properties, Inc.*  PO Box 16062  San Juan PR 00908-6062 | | Ownership interest  The Plaza Resort at Palmas Del Mar    Value: $ 10,500,000.00 | | | | $ 1,060.00 | $ 0.00 |
| Account No: 1691  Creditor # : 107  Perimetro Properties, Inc.*  PO Box 16062  San Juan PR 00908-6062 | | Ownership interest  The Plaza Resort at Palmas Del Mar    Value: $ 10,500,000.00 | | | | $ 4,695.93 | $ 0.00 |
| Account No: 1685  Creditor # : 108  Perimetro Properties, Inc.*  PO Box 16062  San Juan PR 00908-6062 | | Ownership interest  The Plaza Resort at Palmas Del Mar    Value: $ 10,500,000.00 | | | | $ 4,240.00 | $ 0.00 |
| Account No: 1682  Creditor # : 109  Perimetro Properties, Inc.*  PO Box 16062  San Juan PR 00908-6062 | | Ownership interest  The Plaza Resort at Palmas Del Mar    Value: $ 10,500,000.00 | | | | $ 7,321.05 | $ 0.00 |
| Account No: 1674  Creditor # : 110  Perimetro Properties, Inc.*  PO Box 16062  San Juan PR 00908-6062 | | Ownership interest  The Plaza Resort at Palmas Del Mar    Value: $ 10,500,000.00 | | | | $ 4,240.00 | $ 0.00 |
| Account No: 1667  Creditor # : 111  Perimetro Properties, Inc.*  PO Box 16062  San Juan PR 00908-6062 | | Ownership interest  The Plaza Resort at Palmas Del Mar    Value: $ 10,500,000.00 | | | | $ 6,350.00 | $ 0.00 |

Sheet no. 18  of  35  continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal $ (Total of this page) | $ 27,906.98 | $ 0.00 |
| Total $ (Use only on last page) | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07) - Cont.

In re THE PLAZA RESORT AT PALMAS, INC. _____     Case No._____
　　　　　　　　Debtor(s)                                                                (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: 1582 Creditor # : 112 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar <br><br> Value: $ 10,500,000.00 | | | | $ 4,850.00 | $ 0.00 |
| Account No: 1665 Creditor # : 113 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar <br><br> Value: $ 10,500,000.00 | | | | $ 4,240.00 | $ 0.00 |
| Account No: PPB2 Creditor # : 114 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar <br><br> Value: $ 10,500,000.00 | | | | $ 350,170.00 | $ 0.00 |
| Account No: 1656 Creditor # : 115 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar <br><br> Value: $ 10,500,000.00 | | | | $ 4,240.00 | $ 0.00 |
| Account No: 1648 Creditor # : 116 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar <br><br> Value: $ 10,500,000.00 | | | | $ 1,060.00 | $ 0.00 |
| Account No: 1643 Creditor # : 117 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar <br><br> Value: $ 10,500,000.00 | | | | $ 1,060.00 | $ 0.00 |

Sheet no. 19 of 35 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)  $ 365,620.00   $ 0.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re THE PLAZA RESORT AT PALMAS, INC. _____,   Case No._____
　　　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1361<br>Creditor # : 118<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 4,240.00 | $ 0.00 |
| Account No: 1632<br>Creditor # : 119<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 1,060.00 | $ 0.00 |
| Account No: 1403<br>Creditor # : 120<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 6,240.00 | $ 0.00 |
| Account No: 1605<br>Creditor # : 121<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 2,120.00 | $ 0.00 |
| Account No: 1600<br>Creditor # : 122<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 1,060.00 | $ 0.00 |
| Account No: 1591<br>Creditor # : 123<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 8,400.00 | $ 0.00 |

Sheet no. 20   of 35   continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | $ 23,120.00 | $ 0.00 |
| Total $ (Use only on last page) | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07)   - Cont.

In re THE PLAZA RESORT AT PALMAS, INC. _____,     Case No._____
                    **Debtor(s)**                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien   H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1666<br>Creditor # : 124<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 7,997.00 | $ 0.00 |
| Account No: 1700<br>Creditor # : 125<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 20,500.00 | $ 0.00 |
| Account No: 1711<br>Creditor # : 126<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 3,705.00 | $ 0.00 |
| Account No: 1710<br>Creditor # : 127<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 8,450.00 | $ 0.00 |
| Account No: 1709<br>Creditor # : 128<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 13,400.00 | $ 0.00 |
| Account No: 1708<br>Creditor # : 129<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 10,800.00 | $ 0.00 |

Sheet no. 21   of  35   continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)   $ 64,852.00   $ 0.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07) - Cont.

In re THE PLAZA RESORT AT PALMAS, INC. _____,    Case No._____
                        Debtor(s)                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien — H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1707 — Creditor # : 130 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar — Value: $ 10,500,000.00 | | | | $ 7,000.00 | $ 0.00 |
| Account No: 1706 — Creditor # : 131 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar — Value: $ 10,500,000.00 | | | | $ 4,000.00 | $ 0.00 |
| Account No: 1705 — Creditor # : 132 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar — Value: $ 10,500,000.00 | | | | $ 15,000.00 | $ 0.00 |
| Account No: 1704 — Creditor # : 133 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar — Value: $ 10,500,000.00 | | | | $ 5,200.00 | $ 0.00 |
| Account No: 1703 — Creditor # : 134 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar — Value: $ 10,500,000.00 | | | | $ 15,000.00 | $ 0.00 |
| Account No: PPA3 — Creditor # : 135 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar — Value: $ 10,500,000.00 | | | | $ 375,870.00 | $ 0.00 |

Sheet no. 22 of 35 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page): $ 422,070.00 | $ 0.00

Total $ (Use only on last page):

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re THE PLAZA RESORT AT PALMAS, INC.                                    Case No._____
          **Debtor(s)**                                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien   H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1701 Creditor # : 136 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 15,500.00 | $ 0.00 |
| Account No: PPB3 Creditor # : 137 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 357,200.00 | $ 0.00 |
| Account No: 1699 Creditor # : 138 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 16,000.00 | $ 0.00 |
| Account No: 1698 Creditor # : 139 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 18,000.00 | $ 0.00 |
| Account No: 1697 Creditor # : 140 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 18,000.00 | $ 0.00 |
| Account No: 1696 Creditor # : 141 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 18,000.00 | $ 0.00 |

Sheet no. 23  of  35   continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)     $ 442,700.00     $ 0.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re THE PLAZA RESORT AT PALMAS, INC. _____   Case No. _____
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　 (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien   H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: PPE4<br>Creditor # : 142<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 381,000.00 | $ 0.00 |
| Account No: 1695<br>Creditor # : 143<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 19,385.67 | $ 0.00 |
| Account No: 1694<br>Creditor # : 144<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 19,000.00 | $ 0.00 |
| Account No: PPH5<br>Creditor # : 145<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 750,000.00 | $ 0.00 |
| Account No: 1631<br>Creditor # : 146<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 4,650.00 | $ 0.00 |
| Account No: 1702<br>Creditor # : 147<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 6,343.48 | $ 0.00 |

Sheet no. 24 of 35 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)　$ 1,180,379.15　　$ 0.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re THE PLAZA RESORT AT PALMAS, INC.                                                    Case No._____
              Debtor(s)                                                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1500 Creditor # : 148 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 6,073.56 | $ 0.00 |
| Account No: 1528 Creditor # : 149 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 2,120.00 | $ 0.00 |
| Account No: 1479 Creditor # : 150 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 6,150.00 | $ 0.00 |
| Account No: 1525 Creditor # : 151 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 2,120.00 | $ 0.00 |
| Account No: 1444 Creditor # : 152 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 4,240.00 | $ 0.00 |
| Account No: 1522 Creditor # : 153 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 2,120.00 | $ 0.00 |

Sheet no. 25  of  35   continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)                $ 22,823.56          $ 0.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re THE PLAZA RESORT AT PALMAS, INC.                                    Case No._____
                    Debtor(s)                                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1530<br>Creditor # : 154<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 4,240.00 | $ 0.00 |
| Account No: 1509<br>Creditor # : 155<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 4,528.53 | $ 0.00 |
| Account No: 1529<br>Creditor # : 156<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 4,860.00 | $ 0.00 |
| Account No: 1499<br>Creditor # : 157<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 6,150.00 | $ 0.00 |
| Account No: 1458<br>Creditor # : 158<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 8,400.00 | $ 0.00 |
| Account No: 1461<br>Creditor # : 159<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 1,560.00 | $ 0.00 |

Sheet no. 26   of  35  continuation sheets attached to Schedule of Creditors Holding Secured Claims

|  | Subtotal $ (Total of this page) | $ 29,738.53 | $ 0.00 |
|---|---|---|---|
|  | Total $ (Use only on last page) | | |
|  | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07) - Cont.

In re THE PLAZA RESORT AT PALMAS, INC.                             Case No._____
               Debtor(s)                                          (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1470 Creditor # : 160 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 8,872.50 | $ 0.00 |
| Account No: 1495 Creditor # : 161 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 8,872.50 | $ 0.00 |
| Account No: 1483 Creditor # : 162 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 4,240.00 | $ 0.00 |
| Account No: 1452 Creditor # : 163 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 13,650.00 | $ 0.00 |
| Account No: 1424 Creditor # : 164 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 4,240.00 | $ 0.00 |
| Account No: 1568 Creditor # : 165 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 4,650.00 | $ 0.00 |

Sheet no. 27 of 35 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)      $ 44,525.00      $ 0.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)