B6D (Official Form 6D) (12/07) - Cont.

In re THE PLAZA RESORT AT PALMAS, INC.      Case No._____
         Debtor(s)                                          (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien    H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1406 Creditor # : 166 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 10,650.00 | $ 0.00 |
| Account No: 1564 Creditor # : 167 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 7,694.60 | $ 0.00 |
| Account No: 1562 Creditor # : 168 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 6,382.00 | $ 0.00 |
| Account No: 1438 Creditor # : 169 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 13,650.00 | $ 0.00 |
| Account No: 1422 Creditor # : 170 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 8,400.00 | $ 0.00 |
| Account No: 1532 Creditor # : 171 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 1,060.00 | $ 0.00 |

Sheet no. 28 of 35 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)     $ 47,836.60     $ 0.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re THE PLAZA RESORT AT PALMAS, INC. _____   Case No. _____
        Debtor(s)                                                          (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1426<br>Creditor # : 172<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 8,400.00 | $ 0.00 |
| Account No: 1551<br>Creditor # : 173<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 1,060.00 | $ 0.00 |
| Account No: 1548<br>Creditor # : 174<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 8,773.00 | $ 0.00 |
| Account No: 1437<br>Creditor # : 175<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 4,240.00 | $ 0.00 |
| Account No: 1546<br>Creditor # : 176<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 8,400.00 | $ 0.00 |
| Account No: 1540<br>Creditor # : 177<br>Perimetro Properties, Inc.*<br>PO Box 16062<br>San Juan PR 00908-6062 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 2,120.00 | $ 0.00 |

Sheet no. 29 of 35 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page) — $ 32,993.00 — $ 0.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07) - Cont.

In re _THE PLAZA RESORT AT PALMAS, INC._____,        Case No._____
                         **Debtor(s)**                                                          (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *1539* Creditor # : 178 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 2,120.00 | $ 0.00 |
| Account No: *1001* Creditor # : 179 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 4,240.00 | $ 0.00 |
| Account No: *1005* Creditor # : 180 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 6,240.00 | $ 0.00 |
| Account No: *1012* Creditor # : 181 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 2,120.00 | $ 0.00 |
| Account No: *1015* Creditor # : 182 Perimetro Properties, Inc.* PO Box 16062 San Juan PR 00908-6062 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 3,120.00 | $ 0.00 |
| Account No: *1419* Creditor # : 183 Plaza, Jose & Rodriguez Noemi* HC-02 Box 21659 Mayaguez PR 00680-9014 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 8,200.00 | $ 0.00 |

Sheet no. 30  of  35   continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | $ 26,040.00 | $ 0.00 |
| Total $ (Use only on last page) | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07) - Cont.

In re THE PLAZA RESORT AT PALMAS, INC. _____,  Case No._____
                              Debtor(s)                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1043 Creditor # : 184 Powers, Luther & Patricia* 2 Wainwright DR Sun City Hilton Head Okatie SC 29909 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 12,540.00 | $ 0.00 |
| Account No: 1272 Creditor # : 185 Quiñones, Vilma M.* Urb Monte Alvernia Calle Bernardo #10 Guaynabo PR 00969 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 11,200.00 | $ 0.00 |
| Account No: 1456 Creditor # : 186 Quintana, Debbie* Urb Los Flamboyanes Calle Cedro 414 Gurabo PR 00778 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 11,200.00 | $ 0.00 |
| Account No: 5122 Creditor # : 187 RG Premier Bank P.O. Box 362394 San Juan PR 00936-2394 | X | First mortgage constituted on 6/1/01, as per deed #9 before Notary Public Vanessa Aymerich. Value: $ 10,500,000.00 | | | | $ 4,788,178.00 | $ 0.00 |
| Account No: 5130 Creditor # : 188 RG Premier Bank P.O. Box 362394 San Juan PR 00936-2394 | X | Credit line secured by Pledge of Demand First Mortgage Note as per financing statement of Value: $ 10,500,000.00 | | | | $ 1,672,053.39 | $ 287,643.84 |
| Account No: 1049 Creditor # : 189 Risko, Georgene L.* 1429 Greenbrier DR Mount Vernon OH 43050-9101 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 18,000.00 | $ 0.00 |

Sheet no. 31 of 35 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | $ 6,513,171.39 | $ 287,643.84 |
| Total $ (Use only on last page) | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07)   - Cont.

In re THE PLAZA RESORT AT PALMAS, INC.                                    Case No._____

        Debtor(s)                                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1133  Creditor # : 190 Rivera Felix &Santiago Evelyn* Urb Estancias del Rio 191 Guayanes Hormigueros PR 00660 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 6,200.00 | $ 0.00 |
| Account No: 1486  Creditor # : 191 Rocafort Ivan & Garcia Norma* Urb Country Club Calle 529 Q115 Carolina PR 00982 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 18,200.00 | $ 0.00 |
| Account No: 1107  Creditor # : 192 Rodriguez Edwin & Gotay Maria* 5501 Vistas del Pinar Toa Alta PR 00953-2353 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 18,000.00 | $ 0.00 |
| Account No: 1185  Creditor # : 193 Rodriguez Ismael & Martinez M* PO Box 1107 Guayama PR 00785-1107 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 18,200.00 | $ 0.00 |
| Account No: 1342  Creditor # : 194 Rodriguez, Wanda L.* Bairoa Golden Gates I Calle # C-12 Caguas PR 00725 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 6,200.00 | $ 0.00 |
| Account No: 1635  Creditor # : 195 Rojas, Angel &* Echevarria, Lilliam 7693 Bombay Place #5 Rancho Cucamonga CA 91739 | | Ownership interest The Plaza Resort at Palmas Del Mar  Value: $ 10,500,000.00 | | | | $ 8,200.00 | $ 0.00 |

Sheet no. 32  of 35   continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)   $ 75,000.00   $ 0.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)   - Cont.

In re THE PLAZA RESORT AT PALMAS, INC.                              Case No. _____
_____
Debtor(s)                                                                      (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1512 Creditor # : 196 Rosado Edwin &Martinez Abigai* Urb Monte Claro MP-15 Plaza 34 Bayamon PR 00961 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 6,200.00 | $ 0.00 |
| Account No: 1196 Creditor # : 197 Rosario Eliselina &Almodovar* HC-10 Box 8059 Sabana Grande PR 00637 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 18,200.00 | $ 0.00 |
| Account No: 1002 Creditor # : 198 Salazar, Carlos M.* 1223 Calle Luchetti #1001 San Juan PR 00907 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 17,750.00 | $ 0.00 |
| Account No: 1615 Creditor # : 199 Salazar, Jose A.* 827 Jose Marti Apt 801 San Juan PR 00907 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 18,200.00 | $ 0.00 |
| Account No: 1616 Creditor # : 200 Salazar, Luis* 1223 Calle Luchetti #1001 San Juan PR 00907 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 18,200.00 | $ 0.00 |
| Account No: 1476 Creditor # : 201 Sánchez Franly & Rivera Ida* PO Box 361631 San Juan PR 00936-1631 | | Ownership interest The Plaza Resort at Palmas Del Mar Value: $ 10,500,000.00 | | | | $ 11,200.00 | $ 0.00 |

Sheet no. 33 of 35 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | $ 89,750.00 | $ 0.00 |
| Total $ (Use only on last page) | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07)    - Cont.

In re THE PLAZA RESORT AT PALMAS, INC. _____    Case No._____
                    **Debtor(s)**                                                     (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1609<br>Creditor # : 202<br>Santiago, Rosa &*<br>Colon, Francisco*<br>PO Box 1281<br>Canovanas PR 00729 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 8,200.00 | $ 0.00 |
| Account No: 1344<br>Creditor # : 203<br>Santos, Jessica*<br>1300 Yale Apt #111<br>Minneapolis MN 55403-2152 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 11,200.00 | $ 0.00 |
| Account No: 1678<br>Creditor # : 204<br>Sierra, Francsico &*<br>Rodriguez, Maria*<br>PO Box 3010<br>Juncos PR 00777 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 11,200.00 | $ 0.00 |
| Account No: 1273<br>Creditor # : 205<br>Torres Eduardo &Pagan Vanessa*<br>HC-07 Box 34698<br>Caguas PR 00725 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 11,200.00 | $ 0.00 |
| Account No: 1569<br>Creditor # : 206<br>Torres, Cruz & Colon, Paulita*<br>Urb Paraiso de Coamo<br>801 Calle Serenidad F12<br>Coamo PR 00769 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 11,200.00 | $ 0.00 |
| Account No: 1071<br>Creditor # : 207<br>Torres, Roberto & Carmen N.*<br>Apartado 775<br>Villalba PR 00766 | | Ownership interest<br>The Plaza Resort at Palmas Del Mar<br><br>Value: $ 10,500,000.00 | | | | $ 11,000.00 | $ 0.00 |

Sheet no. 34  of  35  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page)    $ 64,000.00    $ 0.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)    - Cont.

In re THE PLAZA RESORT AT PALMAS, INC.       Case No._____
           Debtor(s)                                            (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: 1271 Creditor # : 208 Vega Jose R. & Jimenez Arlene* HC-01 Box 4315 Hormigueros PR 00660 | | Ownership interest The Plaza Resort at Palmas Del Mar **Value: $ 10,500,000.00** | | | | $ 18,200.00 | $ 0.00 |
| Account No: 1029 Creditor # : 209 Walters, Jeffrey L.* PO Box 796 Camp Hill PA 17001 | | Ownership interest The Plaza Resort at Palmas Del Mar **Value: $ 10,500,000.00** | | | | $ 21,000.00 | $ 0.00 |
| Account No: 1050 Creditor # : 210 Wanken, Susan* 1005 SUmmit DR Mount Vernon OH 43050 | | Ownership interest The Plaza Resort at Palmas Del Mar **Value: $ 10,500,000.00** | | | | $ 18,000.00 | $ 0.00 |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sheet no. 35 of 35 continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | | Subtotal $ (Total of this page) | | $ 57,200.00 | $ 0.00 |
| | | | | Total $ (Use only on last page) | | $ 13,268,418.59 | $ 2,768,418.59 |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re THE PLAZA RESORT AT PALMAS, INC. _____,  Case No._____
_____
                        **Debtor(s)**                                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                    _1_   continuation sheets attached

In re THE PLAZA RESORT AT PALMAS, INC. _____ , Case No._____

**Debtor(s)**                                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim H–Husband W–Wife J–Joint C–Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: | | | | | | $ 15,833.00 | $ 15,833.00 | $ 0.00 |
| Creditor # : 1 CRIM Oficina de Humacao 152 Calle Font Martelo, Ste 1 Humacao PR 00791 | | Real Property Taxes Years : 2006-2007 2007-2008 | | | | | | |
| Account No: 400 | | | | | | $ 20,882.24 | $ 20,882.24 | $ 0.00 |
| Creditor # : 2 Treasury Department of PR PO Box 9024140 San Juan PR 00902-4140 | | Taxes 2001 - Tax withhold (300); 2002 - Tax withhold (300-400); 2004 - Penalties, | | | | | | |
| Account No: | | | | | | | | |
| | | | | | | | | |
| Account No: | | | | | | | | |
| | | | | | | | | |
| Account No: | | | | | | | | |
| | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. __1__ of __1__  continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotal $ (Total of this page) | 36,715.24 | 36,715.24 | 0.00 |
|---|---|---|---|---|
| | Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 36,715.24 | | |
| | Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | 36,715.24 | 0.00 |

B6F (Official Form 6F) (12/07)

In re THE PLAZA RESORT AT PALMAS, INC.                    ,          Case No._____
          **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State.<br><br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1<br>AEE<br>PO BOX 363508<br>SAN JUAN PR 00936-3508 | | Power Services up to September 2009 | | | | $ 15,707.93 |
| Account No:<br>Creditor # : 2<br>AFS Consulting, PSC<br>Villas de Tintillo A-14<br>Guaynabo PR 00966 | | Accounting Services during years 2006 and 2007 | | | | $ 8,925.00 |
| Account No:<br>Creditor # : 3<br>Aquarius Vacation Club<br>PO. Box 191814<br>San Juan PR 00919-1814 | | Fees owed for transfer of timeshare contracts during 2007. | | | | $ 90,480.00 |
| Account No:<br>Creditor # : 4<br>Eurobank<br>PO Box 191009<br>San Juan PR 00919-1009 | | Guarantee of unsecured loans to timeshare buyers during 2001-2002. | X | | | $ 152,123.01 |

3 continuation sheets attached

Subtotal $    $ 267,235.94

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re THE PLAZA RESORT AT PALMAS, INC.                              ,        Case No._____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 5 Interval International Inc. PO Box 431920 Miami FL 33243-1920 | | | | | | | |
| Account No:    2687 | | | CABLE TELEVISION SERVICES Balance due as of July 2009 | | | | $ 948.16 |
| Creditor # : 6 Liberty Cable PO Box 8759 Caguas PR 00726 | | | | | | | |
| Account No: | | | Amount due to stock holder | | | | $ 12,549.04 |
| Creditor # : 7 Lomba, Luis Palmas Reales #54 Palmas del Mar Humacao PR 00791 | | | | | | | |
| Account No: | | | LEGAL SERVICES | | | | $ 37,144.03 |
| Creditor # : 8 Maymi, Rivera & Rotger PO Box 11897 San Juan PR 00922 | | | | | | | |
| Account No:    4101 | | | Elevator Maintenance Services during 2005 thru 2009 | | | | $ 8,780.12 |
| Creditor # : 9 OTIS Elevator 121 Ganges Urb. El Paraiso San Juan PR 00926 | | | | | | | |
| Account No: | | | Community Assesments Community Assessments during 2005 thru July 2009 | | | | $ 128,774.63 |
| Creditor # : 10 Palmas del Mar Homeowners Assn 5 Academy Drive Palmas del Mar Humacao PR 00791-6904 | | | | | | | |

Sheet No. ___1___ of ___3___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 188,195.98

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _THE PLAZA RESORT AT PALMAS, INC._____,  Case No._____
**Debtor(s)**                                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0001 <br> Creditor # : 11 <br> PDM Water Co. <br> 10 Executive Office Drive <br> Humacao PR 00791-5235 | | | Water services up to July 2009 | | | | $ 708.92 |
| Account No: <br> Creditor # : 12 <br> Perez Malave Monico & <br> Vazquez Rodriguez Vilma <br> PO Box 8242 <br> Caguas PR 00726-8242 | | | Lawsuit | X | X | X | $ 500,000.00 |
| Account No: <br> Creditor # : 13 <br> Perimetro Properties, Inc. <br> PO Box 16062 <br> San Juan PR 00908-6062 | | | Advances for Working Capital during 2008. | | | | $ 5,000.00 |
| Account No: <br> Creditor # : 14 <br> PUERTO RICO TELEPHONE CO. <br> PO Box 8501 <br> SAN JUAN PR 00936-8501 | | | Telephone Services | | | | $ 130.23 |
| Account No: <br> Creditor # : 15 <br> Salazar, Alfredo <br> 1223 Luchetti #1001 <br> San Juan PR 00907 | | | Amount due to stock holder | | | | $ 72,103.42 |
| Account No: <br> Creditor # : 16 <br> United Insurance Finance Co. <br> PO Box 6356 <br> San Juan PR 00914-6356 | | | INSURANCE | | | | $ 1,640.73 |

Sheet No. __2__ of __3__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 579,583.30

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re THE PLAZA RESORT AT PALMAS, INC.                     ,               Case No._____

Debtor(s)                                             (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   17 <br> Creditor # : 17 <br> YIYE Muebles <br> 13 Cristobal Colon <br> Yabucoa PR 00767 | | | Purchase of furniture during September 2006 | | | | $ 6,297.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. __3__ of __3__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ | $ 6,297.00 |
| Total $ <br> (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ 1,041,312.22 |

In re *THE PLAZA RESORT AT PALMAS, INC.* _____ / Debtor    Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *Interval International Inc.* PO Box 431920 *Miami FL  33243-1920* | Contract Type:*Exchange Program* Terms:*10 years* Beginning date:*6/1/2001* Debtor's Interest: Description:*Participant in the Interval Exchange Network* Buyout Option:*0.00* |

B6H (Official Form 6H) (12/07)

In re **THE PLAZA RESORT AT PALMAS, INC.** _____ / Debtor    Case No. _____
                                                                                      (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Aida Geigel Lores<br>1223 Luchetti #1001<br>San Juan PR  00907 | RG Premier Bank<br>P.O. Box 362394<br>San Juan PR  00936-2394 |
| Alfredo Salazar Conde<br>1223 Luchetti #1001<br>San Juan PR  00907 | RG Premier Bank<br>P.O. Box 362394<br>San Juan PR  00936-2394 |
| Ana Cecilia Romeu<br>D3 Pino del Rio<br>Garden Hills<br>Guaynabo PR  00966 | RG Premier Bank<br>P.O. Box 362394<br>San Juan PR  00936-2394 |
| Luis R. Lomba Sanchez<br>Palmas Reales #54<br>Palmas Del Mar<br>Humacao PR  00791 | RG Premier Bank<br>P.O. Box 362394<br>San Juan PR  00936-2394 |
| Mariano J. Mier<br>D3 Pino del Rio<br>Garden Hills<br>Guaynabo PR  00966 | RG Premier Bank<br>P.O. Box 362394<br>San Juan PR  00936-2394 |
| Rita M. Rincon<br>Palmas Reales #54<br>Palmas Del Mar<br>Humacao PR  00791 | RG Premier Bank<br>P.O. Box 362394<br>San Juan PR  00936-2394 |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re: *THE PLAZA RESORT AT PALMAS, INC.,*
        *a Corporation*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

□ None

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| *Year before: 2007 $85,739.00* | *Timeshare Revenues - $74,386.00* |
| | *Short Term Rentals - $11,353.00* |
| *Last Year: 2008 $106,563.86* | *Timeshare Revenues - $ 91,343.48* |
| | *Short Term Rentals - $ 15,220.38* |
| *Year to May 2009: $51,576.00* | *Timeshare Revenues - $43,200.00* |
| | *Short Term Rentals - $8,376.00* |

## 2. Income other than from employment or operation of business

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors

None ☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Monico Pérez Malavé, Vilma Vázquez Rodríguez and Conjugal Partnership constituted by them vs. Plaza Resort at Palmas del Mar, Inc., et als. Case No.: HSCI2009-00176 | Torts | Court of First Instance of Puerto Rico, Superior Section of Humacao | Stayed |
| Palmas del Mar Homeowners Association, Inc. vs. The Plaza Resort at Palmas, Inc. Ms. Vá and PeR | Collection of Monies | Court of First Instance of Puerto Rico, Superior Section of San Juan | Stayed |

Statement of Affairs - Page 2

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Case No. KCD09-3406 | | | |
| RG Premier Bank of Puerto Rico vs. The Plaza Resort at Palmas, Inc. Case No. HSCI2009-1338 (208) | Collection of Monies | Court of First Instance of Puerto Rico, Superior Section of Humacao | Stayed |

None ☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☒    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *CHARLES A. CUPRILL PSC*<br>*356 FORTALEZA STREET*<br>*SECOND FLOOR*<br>*San Juan, PR 00901* | *Date of Payment:6/26/09;*<br>*8/3/09*<br>*Payor: THE PLAZA RESORT AT*<br>*PALMAS, INC.* | *$15,000.00* |
| *CHARLES A. CUPRILL HERNANDEZ*<br>*356 FORTALEZA STREET*<br>*SECOND FLOOR*<br>*San Juan, PR 00901* | *Date of Payment: 11/18/09*<br>*Payor: The Plaza Resort at*<br>*Palmas, Inc.* | *$15,000.00 retainer of which*<br>*$5,000.00 has been advanced*<br>*by Debtor and the balance of*<br>*$10,000.00 is to be paid*<br>*within 60 days.* |

**10. Other transfers**

None ☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

**11. Closed financial accounts**

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Owner:Timeshare Owners (holders of accomodation rights) listed with an asterisk (*) in Schedule D | Description: See Schedule D<br>Value: $4,327,412.45 | Palmas Del Mar Humacao, PR |

**15. Prior address of debtor**

None
☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

None
☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None
☒

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was

self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

      If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses  in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

      If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses  in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

---

None ☒    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

      The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

      (An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within two years immediately preceding the filing all this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| Name:Outsourcing Solutions, Inc.<br>Address: PO Box 1343<br>Gurabo, PR 00778 | Dates: 2002 to present |

---

None ☐    b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |
| AFS Consulting, PSC | Villas de Tintillo<br>Calle 3, #14<br>Guaynabo, PR 00966 | Dates: 2001 to present |

---

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |
| Name:Outsourcing Solutions, Inc. | PO Box 1343<br>Gurabo, PR 00778 |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

| NAME | ADDRESS | DATES ISSUED |
|------|---------|--------------|
| *RG Premier Bank* | *PO Box 362394*<br>*San Juan, PR 00936-2394* | *Dates: 2004 to present* |
| *Palmas Hills Partners* | *PO Box 10222 CUH*<br>*Humacao, PR 00792* | *Dates: 2001 to present* |

## 20. Inventories

None ☒   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|
| *Name:Alfredo Salazar Conde*<br>*Address: 1223 Luchetti #1001*<br>*San Juan, PR 00907* | *Shareholder* | *50.02% Common Stock* |
| *Name:Luis R. Lomba Sanchez*<br>*Address: Palmas Reales #54*<br>*Palmas Del Mar*<br>*Humacao, PR 00791* | *Shareholder and President* | *24.44% Common Stock* |
| *Name:Ana Celia Romeu*<br>*Address: D3 Pino del Rio*<br>*Garden Hills*<br>*Guaynabo, PR 00966* | *Shareholder* | *25.54% Common Stock* |
| *Name:Carlos Salazar*<br>*Address: 1223 Luchetti #1001* | *Treasurer* | *0%* |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| San Juan, PR 00907 | | |
| Name:Luis E. Salazar | Secretary | 0% |
| Address: 1223 Luchetti #1001 | | |
| San Juan, PR 00907 | | |

## 22. Former partners, officers, directors and shareholders

☒None   a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

☒None   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Name: José A. Salazar | Title: Secretary | 8/15/2009 |
| Address: 1223 Luchetti #1001 | | |
| San Juan, PR 00907 | | |

## 23. Withdrawals from a partnership or distribution by a corporation

☒None   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

## 24. Tax Consolidation Group.

☒None   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

## 25. Pension Funds.

☒None   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date _11/20/2009_____                    Signature _____

                                                                    **_Luis E. Salazar Geigel_**            **_Secretary_**
                                                                    Print Name and Title

    [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §§ 152 and 3571.*

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re *THE PLAZA RESORT AT PALMAS, INC.*       Case No.
     *a   Corporation*      Chapter  *11*

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*Palmas Hills Partners, SE*<br>*PO Box 10222 CUH*<br>*Humacao PR   00792* | Phone:<br>*Palmas Hills Partners, SE*<br>*PO Box 10222 CUH*<br>*Humacao PR   00792* | *Value:*<br>*Net Unsecured:*<br>*Prior Liens Exist* | | $ 2,480,774.75<br>$ 10,500,000.00<br>$ 2,480,774.75 |
| 2<br>*Perez Malave Monico &*<br>*Vazquez Rodriguez Vilma*<br>*PO Box 8242*<br>*Caguas PR   00726-8242* | Phone:<br>*Perez Malave Monico &*<br>*Vazquez Rodriguez Vilma*<br>*PO Box 8242*<br>*Caguas PR   00726-8242* | Lawsuit | C U D | $ 500,000.00 |
| 3<br>*RG Premier Bank*<br>*P.O. Box 362394*<br>*San Juan PR   00936-2394* | Phone:<br>*RG Premier Bank*<br>*P.O. Box 362394*<br>*San Juan PR   00936-2394* | *Value:*<br>*Net Unsecured:*<br>*Prior Liens Exist* | | $ 1,672,053.39<br>$ 10,500,000.00<br>$ 287,643.84 |
| 4<br>*Eurobank*<br>*PO Box 191009*<br>*San Juan PR   00919-1009* | Phone:<br>*Eurobank*<br>*PO Box 191009*<br>*San Juan PR   00919-1009* | | C | $ 152,123.01 |
| 5<br>*Palmas del Mar Homeowners Assn*<br>*5 Academy Drive*<br>*Palmas del Mar*<br>*Humacao PR   00791-6904* | Phone:<br>*Palmas del Mar Homeowners Assn*<br>*5 Academy Drive*<br>*Palmas del Mar*<br>*Humacao PR   00791-6904* | Community Assesments | | $ 128,774.63 |

Page 1

B4 (Official Form 4) (12/07)

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6.<br>Aquarius Vacation Club<br>PO Box 191814<br>San Juan PR 00919-1814 | Phone:<br>Aquarius Vacation Club<br>PO Box 191814<br>San Juan PR 00919-1814 | | | $ 90,480.00 |
| 7.<br>Maymi, Rivera & Rotger<br>PO Box 11897<br>San Juan PR 00922 | Phone:<br>Maymi, Rivera & Rotger<br>PO Box 11897<br>San Juan PR 00922 | LEGAL SERVICES | | $ 37,144.03 |
| 8.<br>Treasury Department of PR<br>PO Box 9024140<br>San Juan PR 00902-4140 | Phone:<br>Treasury Department of PR<br>PO Box 9024140<br>San Juan PR 00902-4140 | Taxes | | $ 20,882.24 |
| 9.<br>CRIM<br>Oficina de Humacao<br>152 Calle Font Martelo, Ste 1<br>Humacao PR 00791 | Phone:<br>CRIM<br>Oficina de Humacao<br>152 Calle Font Martelo, Ste 1<br>Humacao PR 00791 | Real Property Taxes | | $ 15,833.00 |
| 10.<br>AEE<br>PO BOX 363508<br>SAN JUAN PR 00936-3508 | Phone:<br>AEE<br>PO BOX 363508<br>SAN JUAN PR 00936-3508 | | | $ 15,707.93 |
| 11.<br>AFS Consulting, PSC<br>Villas de Tintillo A-14<br>Guaynabo PR 00966 | Phone:<br>AFS Consulting, PSC<br>Villas de Tintillo A-14<br>Guaynabo PR 00966 | | | $ 8,925.00 |
| 12.<br>OTIS Elevator<br>121 Ganges<br>Urb. El Paraiso<br>San Juan PR 00926 | Phone:<br>OTIS Elevator<br>121 Ganges<br>Urb. El Paraiso<br>San Juan PR 00926 | Elevator Maintenance | | $ 8,780.12 |
| 13.<br>YIYE Muebles<br>13 Cristobal Colon<br>Yabucoa PR 00767 | Phone:<br>YIYE Muebles<br>13 Cristobal Colon<br>Yabucoa PR 00767 | | | $ 6,297.00 |

Page 2

B4 (Official Form 4) (12/07)

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14.<br>*United Insurance Finance Co.*<br>*PO Box 6356*<br>*San Juan PR   00914-6356* | Phone:<br>*United Insurance Finance Co.*<br>*PO Box 6356*<br>*San Juan PR   00914-6356* | *INSURANCE* | | *$ 1,640.73* |
| 15.<br>*Liberty Cable*<br>*PO Box 8759*<br>*Caguas PR   00726* | Phone:<br>*Liberty Cable*<br>*PO Box 8759*<br>*Caguas PR   00726* | *CABLE TELEVISION SERVICES* | | *$ 948.16* |
| 16.<br>*PDM Water Co.*<br>*10 Executive Office Drive*<br>*Humacao PR   00791-5235* | Phone:<br>*PDM Water Co.*<br>*10 Executive Office Drive*<br>*Humacao PR   00791-5235* | | | *$ 708.92* |
| 17.<br>*PUERTO RICO TELEPHONE CO.*<br>*PO Box 8501*<br>*SAN JUAN PR   00936-8501* | Phone:<br>*PUERTO RICO TELEPHONE CO.*<br>*PO Box 8501*<br>*SAN JUAN PR   00936-8501* | *Telephone Services* | | *$ 130.23* |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Luis E. Salazar Geigel*_____ , **Secretary**_____ of the _Corporation_____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: _11/20/2009_                 Signature _____

                                   Name: *Luis E. Salazar Geigel*

                                   Title: *Secretary*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re *THE PLAZA RESORT AT PALMAS, INC.,*
    *a  Corporation*

                                         / Debtor

Attorney for Debtor:  *CHARLES A.  CUPRILL HERNANDEZ*

Case No.

Chapter  *11*

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached list of creditors, which consists of _____*9*_____ pages,

is true, correct and complete to the best of my knowledge.

Date: *11/20/2009*

_____
Debtor

*CHARLES A.  CUPRILL HERNANDEZ*
*Attorney for the debtor(s)*
*356 FORTALEZA STREET*
*SECOND FLOOR*
*San Juan, PR   00901*

235 Harbour Drive
Palmas Del Mar
Humacao, PR 00792


CHARLES A. CUPRILL HERNANDEZ
356 FORTALEZA STREET
SECOND FLOOR
San Juan, PR 00901


Acevedo, Santiago*
Garden Valley Club
3950 C/176 Box 130
San Juan, PR 00926


Acevedo, Sonia &*
Collazo, Hector*
PO Box 54
Maunabo, PR 00707


AEE
PO BOX 363508
SAN JUAN, PR 00936-3508


AFS Consulting, PSC
Villas de Tintillo A-14
Guaynabo, PR 00966


Aquarius Vacation Club
PO Box 191814
San Juan, PR 00919-1814


Ayuso Freddie &Ortiz Bilmarie*
Mansion el Sol
81 Paseo Matinal
Sabana Seca, PR 00952


Bautista Fernando &Evangelist*
Calle 426 MP22
Country Club
Carolina, PR 00982


Blondet Hector&Barreras Suque*
c/o Lcda. Aitza Caldera del Va
PO Box 19478
San Juan, PR 00910-1478

159 Calle Primavera
San Juan, PR 00907


Burgos Joseph A. & Cruz Gilda*
Los Caobos
Calle Pendula 2353
Ponce, PR 00731


Calderon Gilberto & Ocasio Ma*
HC-73 Box 5624
Cayey, PR 00736


Carrion Rafael &Rodriguez Luz*
HC-764 Buzon 6207
Patillas, PR 00723


Colon Luis & Valentin Lizbeth*
Urb RIo Cristal
RK-18 Via Cristal
Trujillo Alto, PR 00976


CRIM
Oficina de Humacao
152 Calle Font Martelo, Ste 1
Humacao, PR 00791


Diaz, Jose M. & Lydia*
Saint Just
Calle 7 #57
Trujillo Alto, PR 00976


Eurobank
PO Box 191009
San Juan, PR 00919-1009


Flores, Leticia*
Urb La Rambla
1369 Calle Castellana
Ponce, PR 00730-4068


Flores, Luis & Milan Arline*
Estancias de Bairoa
D-13 Calle Tulipan
Caguas, PR 00727-1263

Garcia Roman Gomez*
PO Box 62
Boqueron, PR  00622


Gates, Gerald & Gates Evelyn*
380 7th Ave
Pelham, NY  10803


Gomez Luis F. & de Leon Maria*
HC-764 Box 7866
Patillas, PR  00723


Gomez Ramirez, Elena*
HC-15 Box 16068
Humacao, PR  00791-9723


Gonzalez, Jose R. &*
Martinez, Edna*
La Hacienda #9, Bosque Jauca
Santa Isabel, PR  00757


Heredia Angel & Vazquez Bruni*
Cond El Alcazar Apt 13K
500 Calle Valcarcel
San Juan, PR  00923


Interval International Inc.
PO Box 431920
Miami, FL  33243-1920


Liberty Cable
PO Box 8759
Caguas, PR  00726


Lomba, Luis
Palmas Reales #54
Palmas del Mar
Humacao, PR  00791


Lomba, Luis*
Palmas del Mar
54 Palmas Reales
Humacao, PR  00791

PO Box 973
Catano, PR   00963-0973


Matos, Jorge & Cosme, Linda*
Urb San Rafael Estate
Azucena 138
Bayamon, PR   00959-4167


Maymi, Rivera & Rotger
PO Box 11897
San Juan, PR   00922


Medina Claudio & Romero Maria*
Calle San Lorenzo 1660
Rio Piedras Heights
San Juan, PR   00926


Melecio, Samuel &*
Velazquez,  Milagros*
HC-33 Box 6218 Santa Rosa
Dorado, PR   00646


Mitchell, Diego &*
Arias, Ivonne*
Urb Marines, Calle 2 APt D7
Fajardo, PR   00738


Molina Manuel & Medina Gladys*
PO Box 51248
Toa Baja, PR   00950-1248


Molina Medic & Gonzalez Migda*
Urb Los Montes, Monte Real
311 Calle Guacamayo
Dorado, PR   00646


Nieto, David & Vargas Lizette*
Urb Venus Gardens Norte
Calle Torreon AB-23
San Juan, PR   00926


Nieves, Yaritza R.*
HC-763 Buzon 3373
Patillas, PR   00723

Est Las Margaritas
Buzon RR-17016
Guayama, PR   00784


Ortiz, Noreen*
Urb Villa Monte
Calle Montebello 274
Toa Alta, PR   00953-3540


Ortiz, Reinaldo & Sanz Glenda*
Terraza del Toa
Calle 14 2K-5
Toa Alta, PR   00953


Orzack (Lapine), Grace*
24 Watergate DR
Amawalk, NY   10501-1107


OTIS Elevator
121 Ganges
Urb. El Paraiso
San Juan, PR   00926


Pacheco Santos & Torres Sonia*
Urb Valle Verde
911 Calle Arboleda
Ponce, PR   00716-3507


Palmas del Mar Homeowners Assn
5 Academy Drive
Palmas del Mar
Humacao, PR   00791-6904


Palmas Hills Partners, SE
PO Box 10222 CUH
Humacao, PR   00792


PDM Water Co.
10 Executive Office Drive
Humacao, PR   00791-5235


Perez Malave Monico &
Vazquez Rodriguez Vilma
PO Box 8242
Caguas, PR   00726-8242

Perez, Heriberto Caraballo*
PO Box 1222
Patillas, PR  00723


Perez, Norma*
HC-01 Box 6231
Guaynabo, PR  00971


Perimetro Properties, Inc.
PO Box 16062
San Juan, PR  00908-6062


Perimetro Properties, Inc.*
PO Box 16062
San Juan, PR  00908-6062


Plaza, Jose & Rodriguez Noemi*
HC-02 Box 21659
Mayaguez, PR  00680-9014


Powers, Luther & Patricia*
2 Wainwright DR
Sun City Hilton Head
Okatie, SC  29909


PUERTO RICO TELEPHONE CO.
PO Box 8501
SAN JUAN, PR  00936-8501


Quiñones, Vilma M.*
Urb Monte Alvernia
Calle Bernardo #10
Guaynabo, PR  00969


Quintana, Debbie*
Urb Los Flamboyanes
Calle Cedro 414
Gurabo, PR  00778


RG Premier Bank
P.O. Box 362394
San Juan, PR  00936-2394

1429 Greenbrier DR
Mount Vernon, OH 43050-9101


Rivera Felix &Santiago Evelyn*
Urb Estancias del Rio
191 Guayanes
Hormigueros, PR 00660


Rocafort Ivan & Garcia Norma*
Urb Country Club
Calle 529 Q115
Carolina, PR 00982


Rodriguez Edwin & Gotay Maria*
5501 Vistas del Pinar
Toa Alta, PR 00953-2353


Rodriguez Ismael & Martinez M*
PO Box 1107
Guayama, PR 00785-1107


Rodriguez, Wanda L.*
Bairoa Golden Gates I
Calle # C-12
Caguas, PR 00725


Rojas, Angel &*
Echevarria, Lilliam
7693 Bombay Place #5
Rancho Cucamonga, CA 91739


Rosado Edwin &Martinez Abigai*
Urb Monte Claro
MP-15 Plaza 34
Bayamon, PR 00961


Rosario Eliselina &Almodovar*
HC-10 Box 8059
Sabana Grande, PR 00637


Salazar, Alfredo
1223 Luchetti #1001
San Juan, PR 00907

1223 Calle Luchetti #1001
San Juan, PR 00907


Salazar, Jose A.*
827 Jose Marti Apt 801
San Juan, PR 00907


Salazar, Luis*
1223 Calle Luchetti #1001
San Juan, PR 00907


Sanchez Franly & Rivera Ida*
PO Box 361631
San Juan, PR 00936-1631


Santiago, Rosa &*
Colon, Francisco*
PO Box 1281
Canovanas, PR 00729


Santos, Jessica*
1300 Yale Apt #111
Minneapolis, MN 55403-2152


Sierra, Francsico &*
Rodriguez, Maria*
PO Box 3010
Juncos, PR 00777


Torres Eduardo &Pagan Vanessa*
HC-07 Box 34698
Caguas, PR 00725


Torres, Cruz & Colon, Paulita*
Urb Paraiso de Coamo
801 Calle Serenidad F12
Coamo, PR 00769


Torres, Roberto & Carmen N.*
Apartado 775
Villalba, PR 00766

PO Box 9024140
San Juan, PR 00902-4140


United Insurance Finance Co.
PO Box 6356
San Juan, PR 00914-6356


Vega Jose R. & Jimenez Arlene*
HC-01 Box 4315
Hormigueros, PR 00660


Walters, Jeffrey L.*
PO Box 796
Camp Hill, PA 17001


Wanken, Susan*
1005 SUmmit DR
Mount Vernon, OH 43050


YIYE Muebles
13 Cristobal Colon
Yabucoa, PR 00767

## CERTIFICATE OF CORPORATE RESOLUTION

## OF THE PLAZA RESORT AT PALMAS, INC.

THE UNDERSIGNED, Jose Alfredo Salazar, Secretary of The Plaza Resort at Palmas, Inc. (the "Corporation"), does hereby certify that the following resolution was unanimously adopted by the Board of Directors of the Corporation on the 31st day of May, 2009.

WHEREAS: the Corporation has accumulated substantial losses in excess of $3..7 million since it was organized in the year 2000,

WHEREAS: extraordinary efforts were made over the years by management and the Board of Directors to turn around this situation,

WHEREAS: the Corporation has accumulated Direct Liabilities of $9.1 million and Contingent Liabilities of $278,664 and is not generating sufficient cash to pay its obligations,

WHEREBY, IT IS RESOLVED: that the Corporation has no other recourse but to apply for a petition for protection under Chapter 11 of the U.S. Bankruptcy Law.

IN WITNESS HEREOF, the undersigned has executed this Certificate of Corporate Resolution, this 31st day of May, 2009

ATTEST:

_____
President

_____
Secretary

JOSE A. SALAZAR

Corporate Seal